**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PLAS SAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH DIAZ, et al.,<br><br>  Defendants. | No. 2:20-CV-0568-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 2, 2020, the Magistrate Judge filed findings and recommendations (ECF No. 14) which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff has filed objections. ECF Nos. 22–23.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 2, 2020, are adopted in full;

2. Plaintiff's motion for injunctive relief is denied.


DATED: January 25, 2021                  /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

2