IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES PLAS SAMS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RALPH DIAZ, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00568 JAM DMC<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF TWENTY PAGES, NOT TO EXCEED TWENTY-FIVE PAGES** |

　　　The Court has considered Defendants' Ex Parte Application, ECF No. 46, to exceed the page limit on their Memorandum of Points and Authorities in Support of Motion to Dismiss.

GOOD CAUSE APPEARING:

　　　The Court hereby grants Defendants' Ex Parte Application to exceed the page limit on their Memorandum of Points and Authorities in Support of Motion to Dismiss from twenty pages to twenty-three pages.

　　　IT IS SO ORDERED.

Dated: May 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1