1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JAMES PLAS SAMS,                         No.  2:20-CV-0568-JAM-DMC-P

12               Plaintiff,

13          v.                                 <u>ORDER</u>

14    RALPH DIAZ, et al.,

15               Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    Eastern District of California local rules.

20          On March 3, 2022, the Magistrate Judge filed findings and recommendations

21    herein which were served on the parties and which contained notice that the parties may file

22    objections within the time specified therein.  No objections to the findings and recommendations

23    have been filed.

24          The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and the Magistrate Judge's analysis.

26    / / /

27    / / /

28    / / /

                                          1

1          Accordingly, IT IS HEREBY ORDERED that:

2              1.     The findings and recommendations filed March 3, 2022, are adopted in

3    full;

4              2.     Defendant's amended motion to dismiss, ECF No. 47, is granted;

5              3.     Plaintiff's unexhausted claim against Defendant Armenta is dismissed

6    without prejudice;

7              4.     Plaintiff's state law claims are dismissed without prejudice;

8              5.     All other claims are dismissed with prejudice for failure to state a claim;

9              6.     Plaintiff's motion, ECF No. 60, for substitute service is denied as moot;

10             7.     This action is dismissed in its entirety; and

11             8.     The Clerk of the Court is directed to enter judgment and close this file.

12

13

14   DATED:  March 29, 2022                    /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
15                                              UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28