IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PLAS SAMS, | No. 2:20-CV-0568-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on March 30, 2022, and Plaintiff has appealed. Pending before the Court in this closed action is Plaintiff's post-judgment motion, ECF No. 69, for a ruling. Plaintiff's motion is denied as moot because final judgment has been entered on the Court's finding that Plaintiff's complaint contained some claims which were unexhausted and other claims which were not cognizable. See ECF No. 67.

IT IS SO ORDERED.

Dated: September 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1